IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00278-FL

| | | |
|---|---|---|
| NANNIE MILLS,<br>              Plaintiff, | )<br>)<br>) | |
| v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter is before the Court on plaintiff's Motion for Summary Judgment and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings including a new hearing. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Ordered this 27th day of May, 2022

_____
LOUISE W. FLANAGAN
United States District Judge