UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NANNIE MILLS,<br>    Plaintiff,<br><br>v.<br><br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br><br>    Defendant. | **JUDGMENT**<br><br>No. 5:21-CV-278-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 27, 2022, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on May 27, 2022, and Copies To:**
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)


May 27, 2022        PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
               (By) Sandra K. Collins, Deputy Clerk