1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:21-cv-00278-FL

| | | |
|---|---|---|
| NANNIE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Court hereby awards Plaintiff $3,230.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan H. Winstead and mailed to his office at the Law Office of Roberta L. Edwards, P.A. at P.O. Box 8444, Rocky Mount, NC 27804, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This 15th day of June 2022.

_____
LOUISE W. FLANAGAN
United States District Judge