UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


NANNIE MILLS                                                    )
              Plaintiff,                               )
                                            )
v.                                                                     )          **JUDGMENT**
                                            )
                                            )          No. 5:21-CV-278-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security,                                        )
              Defendant.                         )
                                              )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 15, 2022,  that defendant pay to plaintiff $3,230.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on June 15, 2022, and Copies To:**
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


June 15, 2022                          PETER A. MOORE, JR., CLERK


                                        /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk